IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALEJANDRO D. QUEVEDO-ANDRETTI, | ) ) ) | 8:15CV31 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's "Motion for Leave to File an Amended Complaint" (Filing No. 9). In accordance with this court's local rules, the court will consider Filing Number 9 as supplemental to the original Complaint. *See* NECivR 15.1(b) (stating that in pro se cases, the court may consider an amended pleading as supplemental to the original pleading, rather than as superseding).

IT IS THEREFORE ORDERED that: Plaintiff's "Motion for Leave to File an Amended Complaint" (Filing No. 9) is granted. The clerk's office is directed to add the following docket text to the already-existing text at Filing Number 9: "Court will consider this document supplemental to the amended complaint." The clerk's office is also directed to link to this order in the docket text at Filing Number 9.

DATED this 11th day of March, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.