IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALEJANDRO D. QUEVEDO-ANDRETTI, | ) | 8:15CV31 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) | |
| Defendants. | ) | |

On October 19, 2015, the court dismissed all of Plaintiff's claims against all Defendants except for his First Amendment individual-capacity claims against Linda Hansen, Pat Bethune, Rose Prather, Pam Anderson, Ron Hampton, and Tim Schaefer. On these claims, the court ordered Plaintiff to show cause within 30 days for why the claims should not be dismissed on the basis of qualified immunity. (*See* Filing No. 17.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: Plaintiff's First Amendment individual-capacity claims against Linda Hansen, Pat Bethune, Rose Prather, Pam Anderson, Ron Hampton, and Tim Schaefer are dismissed without prejudice because Plaintiff failed to prosecute this action diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 12th day of January, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge